IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11212

_____

D.C. Docket Nos. 5:08-cv-00550-WTH-TBS; 8:00-cr-00469-T-27-TGW

DUDLEY BRYANT, JR.,

Petitioner - Appellant,

versus

WARDEN, FCC COLEMAN - MEDIUM,

Respondent - Appellee.

_____

No. 12-14729

_____

D.C. Docket Nos. 5:11-cv-00681-WTH-PRL; 1:03-cr-20715-JAL

BRIAN MACKEY,

Petitioner - Appellant,

versus

WARDEN, FCC COLEMAN - MEDIUM,

Respondent - Appellee.

————————————————

Appeals from the United States District Court
for the Middle District of Florida

————————————————

ORDER ON REHEARING EN BANC

Before CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, PRYOR, MARTIN, and JORDAN, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on whether these cases should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court not having voted for granting a rehearing en banc, IT IS ORDERED that the Suggestion of Rehearing En Banc is DENIED.

————————————————
CHIEF JUDGE

2